IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN MILES,                                              :
                                                         :
      Plaintiff(s),                                    :
                                                         :  Case Number: 1:05cv647
  vs.                                                    :
                                                         :  District Judge Susan J. Dlott
JOHN OTT, Cincinnati Police Detective,                   :
                                                         :
      Defendant(s).                                    :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on January 10, 2006(Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b) . Plaintiff filed a Motion for extension of time to file objections (Doc. 11) which the Court granted. However, as of this date no objections have been filed. Therefore noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired the Court, hereby ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's Motion to Reconsider the Motion to Refile, which this Court construes as a Motion for Relief from Judgment pursuant to Fed. R. Civ. P. 60(b) (Doc. 6) is DENIED AS MOOT.

        IT IS SO ORDERED.

                                                    s/Susan J. Dlott
                                                    Susan J. Dlott
                                                    United States District Judge